No. 738. PATENT SCAFFOLDING Co., INC. *v.* UP-RIGHT, INC. ET AL. C. A. 9th Cir. Certiorari denied. *C. P. Goepel* and *Stuart N. Updike* for petitioner. *Oscar A. Mellin* and *Jack E. Hursh* for respondents.

No. 361, Misc. FURUSHO *v.* ACHESON, SECRETARY OF STATE. C. A. 9th Cir. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Perlman* for respondent.

No. 498, Misc. STORY *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Zachariah Hicklin Douglas* for petitioner.

No. 78. VON MOLTKE *v.* GILLIES, SUPERINTENDENT, *ante,* p. 922; and

No. 395. RICHFIELD OIL CORP. *v.* UNITED STATES, *ante,* p. 922. Petitions for rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications.

No. 654. GINSBURG *v.* BLACK ET AL.; and

No. 655. GINSBURG *v.* FIRST NATIONAL BANK OF CHICAGO ET AL., *ante,* p. 934. Rehearing denied.

No. 665. AUTO TRANSPORTS, INC. ET AL. *v.* UNITED STATES ET AL., *ante,* p. 923. The motions for leave to file briefs of Contract Carrier Conference, American Trucking Associations, Inc.; and Complete Auto Transport et al., as *amici curiae,* are denied. Rehearing also denied.

No. 299, Misc. IVA IKUKO TOGURI D'AQUINO *v.* UNITED STATES, *ante,* p. 935. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.